FILED
CHARLOTTE, NC

JUL 3 0 2008

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### MISC.# 3.90 CR 46 - 3

FOR THE MATTER OF THE DISTRICT OF
KANSAS SUBPOENA FOR THE PROBATION
OFFICE RECORDS RELATING TO DENNIS
KIRK DOTY

## ORDER

THIS MATTER is before the Court on request of the Chief U.S. Probation Officer for the Western District of North Carolina and arises from the issuance of a District of Kansas Subpoena for the production of government records relating to probationer Dennis Kirk Doty. The production of records in this proceeding may require disclosure of information protected by the Rules of this Court and the Federal Rules of Criminal Procedure.

Now; therefore, IT IS ORDERED that U.S. Probation Office decline to give any pretrial, presentence or supervision information or produce any probation record relating to Dennis Kirk Doty unless summoner provides this Court sufficient written justification for the need of such information, and the Court instructs the Probation Officer to release it.

This Order shall take effect immediately and shall continue until further action of this Court.

IT IS SO ORDERED this 30th day of July, 2008.

Frank D. Whitney
U.S. District Court Judge